**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-1900

OLEG G. PODGORETSKY,

Plaintiff - Appellant,

v.

OCWEN LOAN SERVICING LLC,; THE BANK OF NEW YORK MELLON; J.P.
MORGAN CHASE BANK; HUNOVAL LAW FIRM PLLC; POORE SUBSTITUTE
TRUSTEE, LTD.,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Anthony John Trenga,
District Judge. (1:14-cv-00239-AJT-IDD)

Submitted: January 22, 2015            Decided: January 26, 2015

Before SHEDD, KEENAN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Oleg G. Podgoretsky, Appellant Pro Se. Kristyn Nicola Harrison,
Syed Mohsin Reza, TROUTMAN SANDERS, LLP, Tysons Corner,
Virginia; Brian Allen Calub, HUNOVAL LAW FIRM PLLC, Charlotte,
North Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oleg G. Podgoretsky appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Podgoretsky v. Ocwen Loan Servicing LLC</u>, No. 1:14-cv-00239-AJT-IDD (E.D. Va. Aug. 20, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>